UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA R. SHARP | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TOWN OF KITTY HAWK, NORTH CAROLINA; | ) | No. 2:11-CV-13-BR |
| GRIGGS & CO. HOMES, INC.; D. KEN GRIGGS; | ) | |
| DEBORA GRIGGS; JAMES HARRISON; | ) | |
| SCOTT NEWBERN HAULING, INC.; | ) | |
| RAYMOND PATE; UFP EASTERN DIVISION, INC; | ) | |
| GRIGGS LUMBER AND PRODUCE CO., INC.; | ) | |
| NORTHEASTERN MARINE CONSTRUCTION, INC.; | ) | |
| TIMOTHY REECE; | ) | |
| GREEN ACRES LAND DEVELOPMENT, INC.; | ) | |
| CODY WELL DRILLING, INC.; | ) | |
| WOODROW WHITSON; | ) | |
| PORTSMOUTH LUMBER COMPANY; | ) | |
| FREEDOM INSULATION, INC.; | ) | |
| RICHARD TWIDDY; TOMMY FORBES; | ) | |
| BAKER ROOFING COMPANY; | ) | |
| COASTAL GAS SERVICE, INC.; | ) | |
| KITTY HAWK PAINTING, INC.; | ) | |
| JOHN STOCKTON; GARY MCGEE; | ) | |
| RICHARD REID; TRICIA HUFFMAN; | ) | |
| ESTATE OF CHESTER FORRESTER; | ) | |
| ESTATE OF MICHAEL GOODWIN; | ) | |
| DONNA HEFFERNAN; JOE HEARD; | ) | |
| DENNIS SPEIGHT; STEVE MICHAEL; | ) | |
| PHILLIP HORNTHAL; MATTHEW SPENCER; | ) | |
| G R LITTLE INSURANCE COMPANY, INC.; | ) | |
| FERGUSON ENTERPRISES, INC; | ) | |
| CENTRAL GARDEN; | ) | |
| HEARTH & HOME TECHNOLOGIES, INC.; | ) | |
| WILBERT BROWN; JOHNS BROTHERS SECURITY; | ) | |
| SHANNON BROOKS; WILLIAM JOHN TIPTON; | ) | |
| JOHN TALCOTT; THE NORTH CAROLINA | ) | |
| LICENSING BOARD FOR GENERAL | ) | |
| CONTRACTORS; THE NORTH CAROLINA | ) | |
| BOARD OF EXAMINERS FOR ENGINEERS | ) | |
| AND SURVEYORS; RONALD BAKER; | ) | |
| BRANCH VINCENT, III; | ) | |

| | |
|---|---|
| C. EVERETT THOMPSON; DENNIS ROSE; STARKEY SHARP; JENNIFER MALDONADO; JASON C. ROPER; WAYNE GOODWIN; Defendants. | ) ) ) ) ) ) |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of defendants' motions to dismiss, plaintiff's motion for leave to amend and defendants' motions to strike or dismiss amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion for leave to amend is DENIED, defendants' motions to dismiss are GRANTED, and defendants' motions to strike or dismiss the amended complaint are DENIED as moot. Plaintiff's complaint is DISMISSED, and the Clerk is DIRECTED to close the case.

**This judgment filed and entered on July 29, 2011, and served on:**

Linda R. Sharp (via US Mail), 3003 N. Croatan Highway, Kill Devil Hills, NC 27948
Dan M. Hartzog (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog , Jr. (via CM/ECF Notice of Electronic Filing)
Ronald G. Baker (via CM/ECF Notice of Electronic Filing)
C. Everett Thompson , II (via CM/ECF Notice of Electronic Filing)
Jennifer D. Maldonado (via CM/ECF Notice of Electronic Filing)
Raymond Pate (via US Mail), P.O. Box 12999, Raleigh, NC 27605
Kelli Goss Hopkins (via CM/ECF Notice of Electronic Filing)
Phillip H. Hayes , Jr. (via CM/ECF Notice of Electronic Filing)
Lloyd Clifton Smith , III (via CM/ECF Notice of Electronic Filing)
Allen Coleman Smith (via CM/ECF Notice of Electronic Filing)
John I. Malone , Jr. (via CM/ECF Notice of Electronic Filing)
Christopher R. Kiger (via CM/ECF Notice of Electronic Filing)
Lucian P. Sbarra (via CM/ECF Notice of Electronic Filing)
Carson Carmichael , III (via CM/ECF Notice of Electronic Filing)
Daniel Snipes Johnson (via CM/ECF Notice of Electronic Filing)

July 29, 2011 /s/ Dennis P. Iavarone,
Clerk of Court